UNITED STATES of America, Plaintiff–Appellee

v.

Monica MENDOZA–OROSCO, Defendant–Appellant.

No. 09–40842

Conference Calendar.

United States Court of Appeals, Fifth Circuit.

Feb. 12, 2010.

James Lee Turner, Assistant U.S. Attorney, U.S. Attorney's Office, Houston, TX, for Plaintiff–Appellee.

Marjorie A. Meyers, Federal Public Defender, Timothy William Crooks, Assistant Federal Public Defender, Federal Public Defender's Office, Houston, TX, for Defendant–Appellant.

Before GARZA, DENNIS, and ELROD, Circuit Judges.

PER CURIAM: *

Appealing the judgment in a criminal case, Monica Mendoza–Orosco raises arguments that she concedes are foreclosed by *United States v. Mondragon–Santiago,* 564 F.3d 357, 364–65 (5th Cir.), *cert. denied,* —— U.S. ——, 130 S.Ct. 192, 175 L.Ed.2d 120 (2009), which held that plain error review applies to forfeited issues of procedural reasonableness. Accordingly, the appellant's motion for summary disposition is GRANTED, and the judgment of the district court is AFFIRMED.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.